UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————— x

MARICELA DONET, Individually, and On Behalf of All Others Similarly Situated,

                 Plaintiff,

vs.

ISAMAX SNACKS, INC.,

                 Defendant.

———————————————————————— x

Case No. 1:23-cv-01286

**STIPULATION OF DISMISSAL**

      **IT IS HEREBY STIPULATED AND AGREED** that the action shall be, and is hereby, dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

DATED: November 2, 2023        **MIZRAHI KROUB LLP**

_____
Edward Y. Kroub, Esq.
225 Broadway, 39th Floor
New York, NY 10007
Tel: (212) 595-6200
Fax: (212) 595-9700
kroub@mizrahikroub.com

*Attorneys for Plaintiff*

DATED: November 2, 2023        **VERRILL DANA LLP**

*Emily C Waddell* by Taunyh Alvarez

Emily Coombs Waddell, Esq.
One Portland Square
Portland, ME 04101
Tel: 207-253-4468
Email: Ewaddell@verrill-Law.Com

*Attorney for Defendant*